AO 106 (Rev. 07/87) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT

### DISTRICT OF COLUMBIA

In the Matter of the Search of

(Name, address, or brief description of person, property or premises to be searched)

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

The Premises of
**130 Michigan Avenue, NE # 12
Washington, DC 20017**

CASE NUMBER:

I, Jeffrey McLoughlin, being duty sworn depose and say: I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and have reason to believe

that ☐ on the person of or ☐ on the property or premises known as (name, description and/or location)

**130 Michigan Avenue, NE Apartment 12, Washington, DC 20017. The Subject premises is a step-down level apartment with a Brownish-red door bearing the number "12". The apartment is located within a three story brick building with large white numeral "130" above the entrance.**

In the District of Columbia there is now concealed a certain person or property, namely (describe the person or property to be seized)

*SEE ATTACHMENT A*

Which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

contraband, evidence of the crime, fruits of the crime, instruments of the crime, concerning a violation of **Title 18 United States Code, Section 922 (a)(6)**

The facts to support a finding of Probable Cause are as follows:

*SEE ATTACHED AFFIDAVIT*

Continued on the attached sheets and made a part hereof.

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

_____   at   _____
Date                                      City and State

_____        _____
Name and Title of Judicial Officer               Signature of Judicial Officer