IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | Misc. Number 05-_____ |
| 130 Michigan Avenue, NE #12 | |
| Washington, DC 20017 ) | |
| (more fully described in Attachment A ) | |
| hereto) ) | |

ATTACHMENT A

**Description of Property to Be Searched**

1. 130 Michigan Avenue, NE Apartment 12, Washington, DC 20017. The Subject premises is a step-down level apartment with a Brownish-red door bearing the number "12". The apartment is located within a three story brick building with large white numeral "130" above the entrance.

2. The vehicle of Anthony TILLAGE described as follows: A silver colored 1996 Infinity 4-door, MD registration MKJ956 and any other vehicles under the dominion or control of Anthony TILLAGE, his co-conspirators or those who have a significant relationship to the premises - which are located on the premises at the time this search warrant is executed.