IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEARCH OF:            )
                                           )    Misc. Number 05-_____
130 Michigan Avenue, NE #12                )
Washington, DC 20017                       )
(more fully described in Attachment A      )
hereto)                                    )

## ATTACHMENT B

### Description of Evidence to Be Searched for and Seized

1. **FIREARMS**: Any and all, firearms, firearm parts, firearms magazines and ammunition. Any boxes, bags, briefcases, suitcases, or containers used to transport and store firearms.

2. **RECORDS/DOCUMENTS:** Documents and items related to the purchase, ownership, possession, sales and transfer of firearms, firearms parts and/or ammunition, including driver's licenses, State identification cards and other personal identification; telephone records, telephone bills, address and telephone books, diaries, ledgers, invoices, purchase orders, canceled checks, receipts, bank records and other financial documentation. Documents and items that tend to show the identity of persons controlling, occupying, possessing, residing in or owning the Subject Premises, including keys, rental agreements and records, leases, property acquisition records, utility bills, answering machine tape recordings, telephone beeper or paging devices, rolodexes, telephone answering message pads, storage records, vehicle records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, and credit card records. Tickets, notices, notes, vehicle rental receipts, credit card receipts, travel schedules, records of long distance telephone calls, passports, and records relating to domestic and foreign travel to support the acquisition/disposition of firearms. Photographs and/or photograph albums, videocassette tapes, and audiocassette tapes of co-conspirators. Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of suspected firearms suppliers and/or purchasers. Any and all information and/or data stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer or with the aid of computer-related equipment. This media includes floppy diskettes, fixed hard disks, removable hard disk cartridges, tapes, laser disks, videocassettes, and other media, which is capable of storing magnetic coding. Any and all electronic devices which are capable of analyzing, creating, displaying, converting, or transmitting electronic or magnetic computer impulses or data. These devices include computers, computer components, computer peripherals, word processing equipment, modems,   monitors, printers, plotters, encryption circuit boards, optical scanners, external hard drives, and other computer-related electronic devices