# UNITED STATES DISTRICT COURT

### DISTRICT OF COLUMBIA

In the Matter of the Search of:

**130 Michigan Avenue, NE #12**
**Washington, DC 20017**

## SEARCH WARRANT

The Premises of                    CASE NUMBER:  05 - 06148 - 01
Address
City & State
The Person of

TO:        and any Authorized Officer of the United States

Affidavit(s) having been made before me by  who has reason to believe that ☐ on the person of or ☒ on the premises known as or ☐ in the property described as (name, description and/or location)

**SEE ATTACHMENT A, incorporated as part of warrant**

In the  District of  Columbia
there is now concealed a certain person or property, namely :    **evidence of violations of Title 18 U.S.C. Section 922 (a) (6); contraband and fruits of such offenses; and property which has been used as means of committing such offenses**

**SEE ATTACHMENT B, incorporated as part of warrant**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ————— 2 3 NOV 2005 —————

(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
as required by law.

_____

U.S. Judge or Magistrate Judge

NOV 1 6 2005

_____        AT        _____
Date and Time Issued                                   City and State

ALAN KAY
MAGISTRATE JUDGE

_____        _____
Name and Title of Judicial Officer                        Signature of Judicial Officer

AUSA                                    11/15/05

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/16/05 | 11/22/05    8840 A.M. | Left at residence |

INVENTORY MADE IN PRESENCE OF

Special Agent Joe Mokos

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- Several items of Miscellaneous documents + mail matter in the name of Anthony Tillapp.
- one firearm shoulder holster

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

11/23/05

Subscribed, sworn to, and returned before me this date.

_____    11-23-05
U.S. Judge or Magistrate Judge                Date